IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

JESSICA HINTON aka JESSA HINTON, et al,    *

        Plaintiffs,    *

v.    Case No.  3:24-CV-00122-TES

    *

ATHENS ENTERTAINMENT PARTNERSHIP
LLC dba JERZEES SPORTS BAR,    *

        Defendant.    *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated April 24, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant.

This 27th day of April, 2026.

        David W. Bunt, Clerk


        s/ Angelica E. Niccolai, Deputy Clerk